### 16373. LEACH v. THE STATE.

BROYLES, C. J. 1. It does not appear that the judge abused his discretion in overruling the grounds of the motion for a new trial based upon alleged newly discovered evidence.

2. The remaining grounds of the motion for a new trial are the usual general ones; the verdict was authorized by the evidence, and the refusal to grant the motion was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 9, 1925.

Conviction of manslaughter; from Pike superior court—Judge Searcy. February 28, 1925.

*E. F. Dupree,* for plaintiff in error.

*E. M. Owen,* solicitor-general, contra.